IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>                Plaintiff,<br><br>   v.<br><br>POST MEDIA, INC.,<br><br>               Defendant. | Case No. 1:23-cv-10298 |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Stephen Giannaros voluntarily dismisses all claims alleged in the case *Giannaros v. Post Media, Inc.*, Case No. 1:23-cv-10298, with prejudice and with each party bearing his and its own costs. Defendant has not filed a responsive pleading, such that dismissal under Fed. R. Civ. P. 41(a)(1) is appropriate.

Dated: July 28, 2023
                                            By:   */s/ Jason M. Leviton*
                                                       Jason M. Leviton
                                                       BLOCK & LEVITON LLP
                                                       260 Franklin Street, Suite 1860
                                                       Boston, MA 02110
                                                       Tel: (617) 398-5600
                                                       jason@blockleviton.com

                                                        Kevin W. Tucker (He/Him)
                                                       EAST END TRIAL GROUP LLC
                                                       6901 Lynn Way, Suite 215
                                                       Pittsburgh, PA 15208
                                                       Tel: (412) 877-5220
                                                       ktucker@eastendtrialgroup.com

                                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 28, 2023, a true and correct copy of the foregoing document was served by ECF on the parties registered to the Court's CM/ECF system.

/s/ Jason M. Leviton